**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Pastor Benjamin A. Jonson, et al.,

              Plaintiffs,                       Civil No. 11-23 (RHK/LIB)

vs.                                   **DISQUALIFICATION AND**
                                   **<u>ORDER FOR REASSIGNMENT</u>**

The Evangelical Lutheran Church in
America, et al.,

              Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 6, 2011

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge