UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pastor Benjamin A. Johnson, Dr. Ronald A. Lundeen, and Pastor Arthur F. Haimerl, on behalf of themselves and all others similarly situated, | Court File No. 11-cv-00023 (MJD/LIB) |
| Plaintiffs,<br>v.<br><br>Evangelical Lutheran Church in America and Board of Pensions of the Evangelical Lutheran Church in America,<br><br>Defendants. | **DECLARATION OF KATHERINE T. KELLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND LEAD AND LIAISON COUNSEL** |

I, Katherine T. Kelly, declare as follows based on my personal knowledge:

I am an attorney employed by the law firm of Heins Mills & Olson, P.L.C., Plaintiffs' Interim Co-Lead and Liaison Counsel in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Lead and Liaison Counsel.

1.    Attached hereto as Exhibit 1 is the 1988 Plan Document.

2.     Attached hereto as Exhibit 2 is the ELCA Constitution.

3.    Attached hereto as Exhibit 3 is the 2003 Summary Plan Description.

4.    Attached hereto as Exhibit 4 is the 1996 Summary Plan Description.

5.    Attached hereto as Exhibit 5 is the 1991 Summary Plan Description.

6.    Attached hereto as Exhibit 6 is the 1997 Summary Plan Description.

98439

7.      Attached hereto as Exhibit 7 is the 1988 Summary Plan Description.

8.      Attached hereto as Exhibit 8 is the 1989 Summary Plan Description.

9.      Attached hereto as Exhibit 9 is the 1990 Summary Plan Description.

10.     Attached hereto as Exhibit 10 is the 1992 Summary Plan Description.

11.     Attached hereto as Exhibit 11 is the 1993 Summary Plan Description.

12.     Attached hereto as Exhibit 12 is the 1994 Summary Plan Description.

13.     Attached hereto as Exhibit 13 is the 1995 Summary Plan Description.

14.     Attached hereto as Exhibit 14 is the 2001 Summary Plan Description.

15.     Attached hereto as Exhibit 15 is the 1998 Summary Plan Description.

16.     Attached hereto as Exhibit 16 is the 1999 Summary Plan Description.

17.     Attached hereto as Exhibit 17 is the 2000 Summary Plan Description.

18.     Attached hereto as Exhibit 18 is the 2002 Summary Plan Description.

19.     Attached hereto as Exhibit 19 is the 2004 Summary Plan Description.

20.     Attached hereto as Exhibit 20 is the 2005 Summary Plan Description.

21.     Attached hereto as Exhibit 21is the 2006 Summary Plan Description.

22.     Attached hereto as Exhibit 22 is the 2007 Summary Plan Description.

23.     Attached hereto as Exhibit 23 is the 2008 Summary Plan Description.

24.     Attached hereto as Exhibit 24 is the 2009 Plan Document.

25.     Attached hereto as Exhibit 25 is the September 2009 Letter to Plan

        Members.

26.     Attached hereto as Exhibit 26 is the 2009 Summary Plan Description.

27.     Attached hereto as Exhibit 27 is the 2003 Plan Document.

28.    Attached hereto as Exhibit 28 is the November 2010 Letter to Plan

Members.

29.    Attached hereto as Exhibit 29 is the November 2011 Letter to Plan

Members.

30.    Attached hereto as Exhibit 30 is the 1989 Plan Document.

31.    Attached hereto as Exhibit 31 is the 1990 Plan Document.

32.    Attached hereto as Exhibit 32 is the 1991 Plan Document.

33.    Attached hereto as Exhibit 33 is the 1992 Plan Document.

34.    Attached hereto as Exhibit 34 is the 1993 Plan Document.

35.    Attached hereto as Exhibit 35 is the 1994 Plan Document.

36.    Attached hereto as Exhibit 36 is the 1995 Plan Document.

37.    Attached hereto as Exhibit 37 is the 1996 Plan Document.

38.    Attached hereto as Exhibit 38 is the 1997 Plan Document.

39.    Attached hereto as Exhibit 39 is the 1998 Plan Document.

40.    Attached hereto as Exhibit 40 is the 1999 Plan Document.

41.    Attached hereto as Exhibit 41 is the 2000 Plan Document

42.    Attached hereto as Exhibit 42 is the 2001 Plan Document.

43.    Attached hereto as Exhibit 43 is the 2002 Plan Document.

44.    Attached hereto as Exhibit 44 is the 2004 Plan Document.

45.    Attached hereto as Exhibit 45 is the 2005 Plan Document.

46.    Attached hereto as Exhibit 46 is the 2006 Plan Document.

47.    Attached hereto as Exhibit 47 is the 2007 Plan Document.

48.     Attached hereto as Exhibit 48 is the 2008 Plan Document.

49.     Attached hereto as Exhibit 49 is the 2010 Plan Document.

50.     Attached hereto as Exhibit 50 is the 2007 Letter to Plan Members.

51.     Attached hereto as Exhibit 51 is the 2010 Summary Plan Description.


I declare under penalty of perjury that the foregoing is true and correct.   Executed this 23rd  day of July, 2012, in Minneapolis, Minnesota.


/s/ *Katherine T. Kelly*
Katherine T. Kelly