# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Pastor Benjamin A. Johnson, Dr. Ronald A. Lundeen, and Pastor Arthur F. Haimerl, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>Board of Pensions of the Evangelical Lutheran Church in America,<br><br>    Defendant. | Court File No. 11-cv-00023 (MJD/LIB)<br><br>**DECLARATION OF VINCENT J. ESADES IN SUPPORT OF PASTOR BENJAMIN A. JOHNSON'S MOTION FOR SUMMARY JUDGMENT** |

  I, Vincent J. Esades, declare as follows based on my personal knowledge:

  I am a member of the law firm of Heins Mills & Olson, P.L.C., Plaintiffs' Interim Co-Lead and Liaison Counsel in this action. I submit this declaration in support of Pastor Benjamin A. Johnson's Motion for Summary Judgment.

  1. Attached hereto as Exhibit A is a copy of the Board of Pensions of the Evangelical Lutheran Church in America's Response to Plaintiffs' First Set of Interrogatories, Response No. 5.

  2. Attached hereto as Exhibit B is a copy of the Board of Pensions of the Evangelical Lutheran Church in America's 2009 Annual Report (DEF00009846-9893).

  3. Attached hereto as Exhibit C is a copy of the Board of Pensions of the Evangelical Lutheran Church in America's 1996 Plan Document - ELCA Regular Pension Plan (DEF00004837-4878).

102519

2

4. Attached hereto as Exhibit D is a copy of excerpts from the transcript of the deposition of David Adams, Dec. 7, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June, 2013, in Minneapolis, Minnesota.

s/ *Vincent J. Esades*
Vincent J. Esades